UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

| | |
|---|---|
| **B.B.**, a minor, by his Next Friend Joy Rosenthal; **T.R.**, a minor, by his Next Friend Cynthia Godsoe; **M.P.**, a minor, by his Next Friend Adira Hulkower; **Z.W. and D.W.**, minors, by their Next Friend Jennifer Melnick; **C.W.C.**, a minor, by her Next Friend Joy Rosenthal; **J.R.**, a minor, by his Next Friend Anna Roberts; **J.S. and S.S.**, minors, by their Next Friend Lisa Hoyes; **C.P.**, a minor, by his Next Friend Cynthia Godsoe; **C.C.**, a minor, by her Next Friend, Lisa Hoyes; and **E.R., A.R. and M.R.**, minors, by their Next Friend Peggy Cooper Davis; on behalf of themselves and all other similarly situated youth, | No. 21-cv-6229 <br><br> **NOTICE OF APPEARANCE OF COUNSEL** |
| Plaintiffs, | |
| -against- | |
| **KATHY HOCHUL**, in her official capacity as Governor of the State of New York; **SHEILA J. POOLE**, in her official capacity as Commissioner of the New York State Office of Children and Family Services; and **CITY OF NEW YORK**, | |
| Defendants. | |

------------------------------------------------------------ x

**TO THE CLERK OF THE COURT:**

PLEASE TAKE NOTICE that Kimberly Schertz, of counsel to Janet Sabel, appears as counsel for Plaintiffs in the above-referenced case and requests to receive all Notices of Electronic Filing via the Electronic Case Filing system.

I certify that I am admitted to practice before this Court.

Dated: June 6, 2022
      New York, New York

                                     Respectfully submitted,

                                     THE LEGAL AID SOCIETY
                                     Janet Sabel, Attorney-in-Chief
                                     Kimberly Schertz, of counsel
                                     199 Water Street
                                     New York, NY 10038
                                     (917) 923-5542
                                     Fax: (646) 616-4176
                                     E-mail: kschertz@legal-aid.org


                                     By: _____/s/_____
                                     Kimberly Schertz
                                     Attorneys for Plaintiffs