UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
: 
**B.B.**, a minor, by his Next Friend Joy Rosenthal; **T.R.**, a minor, by his Next Friend Cynthia Godsoe; **M.P.**, a minor, by his Next Friend Adira Hulkower; **Z.W. and D.W.**, minors, by their Next Friend Jennifer Melnick; **C.W.C.**, a minor, by her Next Friend Joy Rosenthal; **J.R.**, a minor, by his Next Friend Anna Roberts; **J.S. and S.S.**, minors, by their Next Friend Lisa Hoyes; **C.P.**, a minor, by his Next Friend Cynthia Godsoe; **C.C.**, a minor, by her Next Friend, Lisa Hoyes; and **E.R., A.R. and M.R.**, minors, by their Next Friend Peggy Cooper Davis; on behalf of themselves and all other similarly situated youth,

                                 Plaintiffs,

                          -against-

**KATHY HOCHUL**, in her official capacity as Governor of the State of New York; **SHEILA J. POOLE**, in her official capacity as Commissioner of the New York State Office of Children and Family Services; and **CITY OF NEW YORK**,

                                 Defendants.

-----------------------------------------------------------x

No. 1:21-cv-06229-LDH-RML

## MOTION TO WITHDRAW

       Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Plaintiffs respectfully move for an order withdrawing Linda C. Goldstein as counsel of record in this matter and request that she be removed from service of any further pleadings in connection with it. As of December 31, 2022 Ms. Goldstein will no longer be a member of Dechert LLP or otherwise affiliated with the firm, which is co-counsel for Plaintiffs, and therefore will no longer represent the Plaintiffs in this matter. Ms. Goldstein is

not asserting a retaining or charging lien. The appearances by other Dechert LLP attorneys in this matter are not affected by this request.

Dated: New York, New York
      December 29, 2022

Respectfully Submitted,

DECHERT LLP

By: */s/ Linda C. Goldstein*
    Linda C. Goldstein
linda.goldstein@dechert.com
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10035
(212) 698-3500

*Attorneys for Plaintiffs*