```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
```
------------------------------------------------------------ x

**B.B.**, a minor, by his Next Friend Joy Rosenthal; **T.R.**, a minor, by his Next Friend Cynthia Godsoe; **M.P.**, a minor, by his Next Friend Adira Hulkower; **Z.W. and D.W.**, minors, by their Next Friend Jennifer Melnick; **C.W.C.**, a minor, by her Next Friend Joy Rosenthal; **J.R.**, a minor, by his Next Friend Anna Roberts; **J.S. and S.S.**, minors, by their Next Friend Lisa Hoyes; **C.P.**, a minor, by his Next Friend Cynthia Godsoe; **C.C.**, a minor, by her Next Friend, Lisa Hoyes; and **E.R., A.R. and M.R.**, minors, by their Next Friend Peggy Cooper Davis; on behalf of themselves and all other similarly situated youth,

                Plaintiffs,

            -against-

**KATHY HOCHUL**, in her official capacity as Governor of the State of New York; **SHEILA J. POOLE**, in her official capacity as Commissioner of the New York State Office of Children and Family Services; and **CITY OF NEW YORK**,

                Defendants.

------------------------------------------------------------ x

No. 1:21-cv-06229-LDH-RML

## **[PROPOSED] ORDER**

Upon consideration and for good cause shown, the motion by Plainitffs for an order withdrawing Linda C. Goldstein as counsel of record in the above-captioned matter is GRANTED and the Clerk of the Court is directed to remove Linda C. Goldstein from service of

any further pleadings in connection with this matter.

SO ORDERED:

Dated:  December __, 2022

_____