UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
B.B., a minor, by his Next Friend Joy Rosenthal;
T.R., a minor, by his Next Friend Cynthia Godsoe;
M.P., a minor, by his Next Friend Adira Hulkower;
Z.W. and D.W., minors, by their Next Friend
Jennifer Melnick; C.W.C., a minor, by her Next
Friend Joy Rosenthal; J.R., a minor, by his Next
Friend Anna Roberts; J.S. and S.S., minors,
by their Next Friend Lisa Hoyes; C.P., a minor,
by his Next Friend Cynthia Godsoe; C.C., a minor,
by her Next Friend, Lisa Hoyes; and E.R., A.R. and
M.R., minors, by their Next Friend Peggy Cooper Davis;
on behalf of themselves and all other similarly
situated youth,

      Plaintiffs,      JUDGMENT

 v.             21-cv-6229 (LDH) (RML)

KATHY HOCHUL, in her official capacity as Governor
of the State of New York; SHEILA J. POOLE, in her
official capacity as Commissioner of the New York
State Office of Children and Family Services; and
CITY OF NEW YORK,

      Defendants.
-------------------------------------------------------------X

  A Memorandum and Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on September 12, 2023, granting Defendants' motion to dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1); and dismissing the complaint in its entirety; it is

  ORDERED and ADJUDGED that Defendants' motion to dismiss is granted for lack of subject matter jurisdiction pursuant to Rule 12(b)(1); and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York         Brenna B. Mahoney
   September 14, 2023        Clerk of Court

               By: */s/Jalitza Poveda*
                 Deputy Clerk

Case 1:21-cv-06229-LDH-RML    Document 50    Filed 09/14/23    Page 2 of 2 PageID #: 1849