UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

**B.B.**, a minor, by his Next Friend Joy Rosenthal; **T.R.**, a minor, by his Next Friend Cynthia Godsoe; **M.P.**, a minor, by his Next Friend Adira Hulkower; **Z.W. and D.W.**, minors, by their Next Friend Jennifer Melnick; **C.W.C.**, a minor, by her Next Friend Joy Rosenthal; **J.R.**, a minor, by his Next Friend Anna Roberts; **J.S. and S.S.**, minors, by their Next Friend Lisa Hoyes; **C.P.**, a minor, by his Next Friend Cynthia Godsoe; **C.C.**, a minor, by her Next Friend, Lisa Hoyes; and **E.R., A.R. and M.R.**, minors, by their Next Friend Peggy Cooper Davis; on behalf of themselves and all other similarly situated youth,

Plaintiffs,

-against-

**KATHY HOCHUL**, in her official capacity as Governor of the State of New York; **SHEILA J. POOLE**, in her official capacity as Commissioner of the New York State Office of Children and Family Services; and **CITY OF NEW YORK**,

Defendants.

-------------------------------------------------------- X

No. 1:21-cv-06229-LDH-RML

Notice is hereby given that the following parties: **B.B.**, a minor, by his Next Friend Joy Rosenthal; **T.R.**, a minor, by his Next Friend Cynthia Godsoe; **M.P.**, a minor, by his Next Friend Adira Hulkower; **Z.W. and D.W.**, minors, by their Next Friend Jennifer Melnick; **C.W.C.**, a minor, by her Next Friend Joy Rosenthal; **J.R.**, a minor, by his Next Friend Anna Roberts; **J.S. and S.S.**, minors, by their Next Friend Lisa Hoyes; **C.P.**, a minor, by his Next Friend Cynthia Godsoe; **C.C.**, a minor, by her Next Friend, Lisa Hoyes; and **E.R., A.R. and M.R.**, minors, by their Next Friend Peggy Cooper Davis; on behalf of themselves and all other similarly situated youth, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from this Court's Judgement entered on September 14, 2023 (ECF #50) granting Defendants' motion to dismiss for lack of subject matter jurisdiction pursuant to Rule 12(b)(1) and dismissing the complaint in its entirety.

Dated: October 16, 2023
Respectfully submitted,

THE LEGAL AID SOCIETY

By:    /s/ Lisa Freeman
       Lisa Freeman
       Kathryn Wood
       Kimberly Schertz

199 Water Street
New York, NY 10038
Phone: (212) 577-3300
lafreeman@legal-aid.org
kwood@legal-aid.org
KSchertz@legal-aid.org


DECHERT LLP

By:    /s/ Hayden Coleman
       Hayden Coleman
       Emily Van Tuyl
       Samantha DeRuvo
       Vishan J. Patel

Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Phone: (212) 698-3500
Hayden.Coleman@dechert.com
emily.vantuyl@dechert.com
samantha.deruvo@dechert.com
vishan.patel@dechert.com


*Counsel for Plaintiffs*